# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN L. BROWN, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-06-228-F ) |
| DON NARVAIS, | ) ) |
| Defendant. | ) ) |

## ORDER

On May 17, 2010, United States Magistrate Judge Gary M. Purcell issued a Third Supplemental Report and Recommendation (doc. no. 186), wherein he recommended that Defendant's Second Motion for Summary Judgment (doc. no. 172) be granted.

Presently before the court is plaintiff's objections to the Third Supplemental Report and Recommendation. The court, in accordance with 28 U.S.C. § 636(b)(1), has conducted a de novo review of the matter.[1] Having done so, the court concurs with the analysis of Magistrate Judge Purcell. The court finds plaintiff's objections to be without merit. The court therefore accepts, adopts and affirms the Third Supplemental Report and Recommendation.

Accordingly, the Third Supplemental Report and Recommendation (doc. no. 186) issued by Magistrate Judge Gary M. Purcell on May 17, 2010 is **ACCEPTED**,

---

[1] In conducting its de novo review, the court has also examined plaintiff's Declaration of Violation Likely to Continue, filed September 7, 2010 (doc. no. 196).

**ADOPTED** and **AFFIRMED**. Defendant's Second Motion for Summary Judgment (doc. no. 172), filed February 1, 2010, is **GRANTED**. Judgment shall issue forthwith.

Entered this 10th day of September, 2010.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-0228p020.wpd